# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WAYNE PRAY | HONORABLE CLAIRE C. CECCHI<br><br>Mag. No. 88-CR-175-01-CCC<br><br>**NOTICE OF APPEARANCE** |

This is to notice the appearance of Philip R. Sellinger, United States Attorney, District of New Jersey, by Vincent Romano, Assistant United States Attorney, as attorney of record for the United States in the above-captioned case.

Service of all notices in this case should be made upon:

>VINCENT ROMANO
>Assistant United States Attorney
>970 Broad Street
>Newark, NJ 07102
>Tel: (973) 645-2871
>Fax: (973) 297-2010
>Email: Vincent.Romano@usdoj.gov

>>Philip R. Sellinger
>>United States Attorney

>By:  *s/Vincent Romano*
>>VINCENT ROMANO
>>Assistant United States Attorney